Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-453-777

**Effective Date of Registration:**
May 14, 2025
**Registration Decision Date:**
July 23, 2025

## Title

**Title of Work:** Kawaii Shark

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** January 05, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Nir Perelshtein
  **Author Created:** 2-D artwork
  **Citizen of:** Israel

## Copyright Claimant

**Copyright Claimant:** Nir Perelshtein
Dolev 3, Mishmar Hashiva, 5029700, Israel

## Rights and Permissions

**Name:** Nir Perelshtein
**Email:** nirdrawing@gmail.com
**Address:** Dolev 3
Mishmar Hashiva 5029700 Israel

## Certification

**Name:** David Denholm
**Date:** May 14, 2025
**Applicant's Tracking Number:** NP2025051401

Page 1 of 2

