**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NIR PERELSHTEIN,

    Plaintiff,                                                Case No.: 1:25-cv-14823

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Genghongchong shop |
| 2 | PHAM CONG ANH2K2 |
| 3 | ECWED CQ232 |
| 4 | LE QUANG THANG BG923 |
| 5 | TRIVANTRAN128 |
| 6 | TRAN MINH DUC HNI27 |
| 7 | VU XUAN AN |
| 8 | NGUYENKHANANG673 |
| 9 | jiaxiangxiaopu |
| 10 | NAM SANG MLPHS |
| 11 | Upeilxd |
| 12 | MINH Y STORE |
| 13 | ANHOANGDUYLE582 |
| 14 | TAEILRERIN |
| 15 | BAO TRIA BAOFF |
| 16 | AERNJTSWTTY |
| 17 | BIZAIRADIA |
| 18 | ANCSUUS |
| 19 | NGUYEN CAO KIEU DUYEN |
| 20 | Huyhoanghaihayaabb |
| 21 | VTH98ADCC |
| 22 | HVIAOHVTK |
| 23 | Yaokan |
| 24 | CHICHILIN88 |

| 25 | 伍家岗月如百货店 |
|----|----|
| 26 | hunanxingtexingfuzhuqijukejiyouxiangongsi |
| 27 | LINSEN |
| 28 | Liasun E-commerce |
| 29 | JeRy |
| 30 | HeZeShiDingTaoQuJieZeWangLuoKeJiYouXianGongSi |
| 31 | YJSHOP happy |
| 32 | KitBeads |
| 33 | DanLingJewelry |
| 34 | junyanok |
| 35 | Potacoo |
| 36 | JEVWC3C |
| 37 | Anjulery Direct |
| 38 | SUNNYCLUE US |
| 39 | ladybaby888 |
| 40 | Sincco |
| 41 | SANNIX |
| 42 | SiTey-US |
| 43 | Ipotkitt |
| 44 | LiQunSweet |
| 45 | Ailiessy |
| 46 | TRANGTHUYHO974 |
| 47 | TRAN CONG THANH 1905 |
| 48 | MBT 256 |
| 49 | ApolDirect |
| 50 | Seebeach Store |
| 51 | DO VAN THAO AMZ25 |
| 52 | Putai Gifts |
| 53 | Moonsix Gift Shop |
| 54 | DelicateChic |
| 55 | LCLYX |
| 56 | BHBWR |
| 57 | Joedy US |
| 58 | huiji2402 |
| 59 | DUONG VU THUC ANH |
| 60 | doulekeji |
| 61 | xim bu |
| 62 | VAYGS75D |
| 63 | Fallwheat Jewelry |

| 64 | MENLONYUE |
|---|---|
| 65 | BFgeo44Hg |
| 66 | Youdiyla |
| 67 | QUPENGXU |
| 68 | Long distance shop |
| 69 | Taiqi Direct US |
| 70 | SaiLan |
| 71 | DDxulu |
| 72 | iloveDIYbeads |
| 73 | JJGUS |
| 74 | LeJinMaoYi(品牌已备案,跟卖必投诉封店,绝不和解) |
| 75 | ARDULIA |
| 76 | julie'store |
| 77 | CFTYJ |
| 78 | RIMADMIADIND |
| 79 | NGUYEN VAN SINH ND1994 |
| 80 | LIEMBDRTHQE |
| 81 | QOEIINEINA |
| 82 | TRANHAINAM17 |
| 83 | NGUYEN TUAN PHONG TP0806 |
| 84 | Gierzijia |
| 85 | FVSVUY2 |
| 86 | LEMINHTHINHDN |
| 87 | VIETCONGNGUYEN634 |
| 88 | Weibo-US |
| 89 | GIAYIER |
| 90 | GOMAKERER US |
| 91 | OLYCRAFT US |
| 92 | XINGSHIP |
| 93 | Gxizlba |
| 94 | MiaoWu-us |
| 95 | Jaurney |
| 96 | Hysoiree |
| 97 | Lemorni |
| 98 | Fine Decal |
| 99 | GAOHENGMIN |
| 100 | Gaoshen |
| 101 | Ohhaha-us |
| 102 | QIUYUEMIN |

| | |
|---|---|
| 103 | Popeoiuh |
| 104 | SCORYULE |
| 105 | SnlnDirect |
| 106 | Seeyeon |
| 107 | MXWL |
| 108 | MaiMaiTu |
| 109 | siyanshop |
| 110 | LBOS |
| 111 | chunmeiQ5958 |
| 112 | Yazabai |
| 113 | fiintrwa |
| 114 | Janpin-us |
| 115 | HBCIGA |
| 116 | Yisiyuan Jewelry Shop |
| 117 | Zhizhuowenhua Jewelry Shop |
| 118 | Shengyitiansen Jewelry Shop |
| 119 | yotijay |
| 120 | PEACOBLUE |
| 121 | Esquirla |
| 122 | S SERENABLE |
| 123 | DOODLREAM |
| 124 | SUPERFINDINGS |
| 125 | Weiyan KJ |
| 126 | DELORIGIN |
| 127 | PH PandaHall |
| 128 | BEUNITONE |
| 129 | Sanyano-US |
| 130 | SUPERDANT |
| 131 | SOFPLATE |
| 132 | Fengchizhongbang Jewelry Shop |
| 133 | ANDUNSHOP |
| 134 | yanchushop |
| 135 | Crusward |
| 136 | NSBY Pins |
| 137 | DANKING MANG |
| 138 | Fashion Pins |
| 139 | Super Paul Stickers |
| 140 | Unique Pin |
| 141 | Badge Haven local |

4

| | |
|---|---|
| 142 | PINSPOT |
| 143 | PINS FOR YOU |
| 144 | CuddleCrest |
| 145 | Miss Zoe |
| 146 | CrazyPins |
| 147 | Wei wind and Yun |