# Exhibit 1



