# Exhibit 2

## <u>DECLARATION OF JIE XIE</u>

I, Jie Xie, hereby declare as follows:

1.     My name is Jie Xie, I am the owner of ANDUNSHOP on Walmart.com e-commerce platform, I am over eighteen years of age, and I make this declaration based on my own knowledge.

2.     I have reviewed Plaintiff's Complaint and other supporting documents. I understand that ANDUNSHOP is being accused of selling infringing products.

3.     ANDUNSHOP is a Chinese entity incorporated in China, and operates solely from China. It has never owned, leased, used, or possessed any real property in Illinois, and has not been subject to the Illinois tax jurisdiction.

4.     Additionally, ANDUNSHOP has no office, employees, or agents in Illinois. It has not engaged in advertising, marketing, or held any telephone lines or listings in Illinois. It does not maintain any bank accounts or warehouse inventory in Illinois and has never used an internet service provider from Illinois.

5.     I understand that based on the infringing evidence the accused product is identified as "*XIANXIAN Shark Stickers Pack - Cute Shark Decals for Kids Teens Students Waterproof Sticker Luggage Guitar Notebook DIY Sticker Decoration*" with the Walmart Product ID number 9684468818. After a diligent search of the sales records, it is confirmed that ANDUNSHOP has never sold or shipped any accused product to Illinois. The records show only two sales of the accused product, and the sales were not made or shipped to Illinois. Please see the attached search results from the Walmart Seller Center for verification (**Attachment 1**).

6.     As of today, the total amount of funds restrained in the account is USD $3,723.34 (**Attachment 2**).

1

I declare under penalty of perjury of the laws of the United States of America that the above is true and correct to my best knowledge.

Executed on January 5, 2026.

_____
Jie Xie

# Attachment 1



- Home
- Catalog
- Pricing
- Orders
- WFS
- Payments
- Performance
- **Analytics**
  - Reports
- Growth
- Advertising
- Apps

Unlock

# Attachment 2

**Seller Center**

- Home
- Catalog
- Pricing
- Orders
- WFS
- **Payments**
  - Transactions
  - Capital
  - Marketplace Wallet
- Performance
- Analytics
- Growth
- Advertising
- Apps

# Statements

Download ▾

⚠ Your payments are suspended due to a **Temporary Restraining Order.** Failure to act on your legal case will impact the upcoming payouts.    View details

Sep 14, 2025 - Dec 27, 2025 (Open) ▾

Account balance ⓘ
**$ 3,723.34**

### Payout Details

| | |
|---|---|
| Status | Suspended |
| Payout date | Dec 30, 2025 PDT |
| Payout cycle | Bi-weekly |
| Payout method | pingpong |
| Billing method | N/A - Add now |

ⓘ To release suspension, you have to directly resolve the Temporary Restraining Order (TRO) case.

Learn more about suspensions

| | |
|---|---|
| Opening balance ⓘ | −$ 60.94 |
| Reserves ⓘ | $ 0.00 |
| Holds ⓘ | $ 0.00 |

**Sales**

| | |
|---|---|
| Product price | $ 3,255.27 |
| Shipping | $ 1,350.35 |
| Net tax collected | $ 304.78 |
| Net commission | −$ 485.53 |
| Net tax withheld | −$ 304.78 |
| Total Walmart funded savings ⓘ | $ 100.93 |
| **Total:** | **$ 4,221.02** |

**Refunds**

| | |
|---|---|
| Product price | −$ 389.46 |
| Shipping | −$ 99.64 |
| Net tax collected | −$ 35.16 |
| Commission | $ 49.88 |
| Net tax withheld | $ 35.16 |
| Total Walmart funded savings ⓘ | $ 0.00 |
| **Total:** | **−$ 439.22** |

**Adjustments**

Quick Learn

Feedback

| | |
|---|---|
| Misc. adjustments | $15.04 |
| Walmart Return Shipping Service Charge | −$12.56 |
| **Total:** | **$2.48** |

**Walmart fulfillment services**

| | |
|---|---|
| **Total:** | **$0.00** |

| | |
|---|---|
| **Paid to you** ⓘ | **$0.00** |

| | |
|---|---|
| **Closing balance** ⓘ | **$3,723.34** |

**Savings** ⓘ                                        View details

| | |
|---|---|
| New Seller Saving | $168.46 |
| Others | $39.83 |
| **Total saved** | **$208.29** |

**Save money every period!**
Explore ways to save money with pricing deals and incentives.          Save more

Report an issue ↗                                        Last Updated: Dec 23, 2025

Home
Catalog
Pricing
Orders
WFS
Payments
  Transactions
  Capital
  Marketplace Wallet
Performance
Analytics
Growth
Advertising
Apps

← Unlock

2025/12/24 17:29