# Exhibit 3

## DECLARATION OF XINHAO LI

I, Xinhao Li, hereby declare as follows:

1.    My name is Xinhao Li, I am the owner of yanchushop on Walmart.com e-commerce platform, I am over eighteen years of age, and I make this declaration based on my own knowledge.

2.    I have reviewed Plaintiff's Complaint and other supporting documents. I understand that yanchushop is being accused of selling infringing products.

3.    yanchushop is a Chinese entity incorporated in China, and operates solely from China. It has never owned, leased, used, or possessed any real property in Illinois, and has not been subject to the Illinois tax jurisdiction.

4.    Additionally, yanchushop has no office, employees, or agents in Illinois. It has not engaged in advertising, marketing, or held any telephone lines or listings in Illinois. It does not maintain any bank accounts or warehouse inventory in Illinois and has never used an internet service provider from Illinois.

5.    I understand that based on the infringing evidence the accused product is identified as "*CCOCC 50 Pcs Cute Stickers, Unique Shark Design Funny Stickers, Removable Stickers Long-Lasting Laptop Stickers*" with the Walmart Product ID number 15215608253. After a diligent search of the sales records, it is confirmed that yanchushop has never sold or shipped any accused product to Illinois. The records show only six sales of the accused product, and the sales were not made or shipped to Illinois. Please see the attached search results from the Walmart Seller Center for verification (**Attachment 1**).

6.    As of today, the total amount of funds restrained in the account is USD $22,870.75 (**Attachment 2**).

1

I declare under penalty of perjury of the laws of the United States of America that the above is true and correct to my best knowledge.

Executed on January 5, 2026.

_____
Xinhao Li

# Attachment 1



Home

Catalog

Pricing

Orders

WFS

Payments

Performance

Analytics
  Search Insights
  Reports

Growth

Advertising

Apps

Items per page          1-1 of 1
                25

Ask Marty

Unlock

https://seller.walmart.com/analytics/overview/item-sales

2025/12/24 17:25

# Attachment 2

**Seller Center**

   



- 🏠 Home
- 📖 Catalog
- 🏷️ Pricing
- 🛒 Orders
- 📦 WFS
- **Payments**
  - ○ Transactions
  - ○ Capital
  - ○ Marketplace Wallet
- 📈 Performance
- 📊 Analytics
- Growth
- 🎯 Advertising
- 🔲 Apps

# Statements

Download ▾

⚠️ Your payments are suspended due to a **Temporary Restraining Order.** Failure to act on your legal case will impact the upcoming payouts.  **View details**

Oct 25, 2025 - Dec 27, 2025 (Open) ▾

Account balance ⓘ
**$ 22,870.75**



### Payout Details

| Status | Suspended |
|---|---|
| Payout date | Dec 30, 2025 PDT |
| Payout cycle | Bi-weekly |
| Payout method | WORLDFIRST |
| Billing method | N/A - Add now |

🚫 To release suspension, you have to directly resolve the Temporary Restraining Order (TRO) case.

Learn more about suspensions

| | |
|---|---|
| Opening balance ⓘ | $ 0.00 |
| Reserves ⓘ | $ 0.00 |
| Holds ⓘ | $ 0.00 |

**Sales**

| | |
|---|---|
| Product price | $ 28,544.07 |
| Shipping | $ 343.85 |
| Net tax collected | $ 2,055.63 |
| Other taxes (fee) | $ 4.00 |
| Net commission | −$ 2,350.02 |
| Net tax withheld | −$ 2,055.63 |
| Total Walmart funded savings ⓘ | $ 38.75 |
| **Total:** | **$ 26,580.65** |

**Refunds**

| | |
|---|---|
| Product price | −$ 3,932.09 |
| Shipping | −$ 141.52 |
| Net tax collected | −$ 291.10 |
| Commission | $ 365.55 |
| Net tax withheld | $ 291.10 |
| Excess refund | $ 8.63 |
| Total Walmart funded savings ⓘ | −$ 10.47 |
| **Total:** | **−$ 3,709.90** |

◁ Unlock

 Ask Marty



**Walmart fulfillment services**

Total:                                                                    **$ 0.00**

---

**Paid to you** ⓘ                                                         **$ 0.00**

---

**Closing balance** ⓘ                                                     **$ 22,870.75**

---

**Savings** ⓘ                                                   <u>View details</u>

Customer Favorites - Assortment Growth                        $ 87.38

New Seller Saving                                             $ 1,489.89

**Total saved**                                                **$ 1,577.27**

**Save money every period!**                    [ Save more ]
Explore ways to save money with pricing deals and incentives.

<u>Report an issue</u> ⧉                              Last Updated: Dec 23, 2025

---

Ask Marty

2025/12/24 17:23

Home
Catalog
Pricing
Orders
WFS
**Payments**
○ Transactions
○ Capital
○ Marketplace Wallet
Performance
Analytics
Growth
Advertising
Apps

Unlock

https://seller.walmart.com/payments/statements/period