IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NIR PERELSHTEIN, | |
| Plaintiff, | Case No.: 1:25-cv-14823 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, NIR PERELSHTEIN ("Plaintiff") and the defendants identified in Schedule A below (collectively, "Defendants") hereby jointly notify the Court that they have reached settlement and the parties are awaiting the final execution of the settlement agreement and payment. Appropriate filings will follow the parties' execution of settlement documents. Defendants' Opposition [38] is now moot.

| **Defendant No.** | **Defendant Name** |
|---|---|
| 134 | yanchushop |
| 133 | ANDUNSHOP |

Plaintiff and Defendants jointly request that briefing on any pending motions be stayed until after a joint stipulation of dismissal is filed. Each party is to bear its own attorneys' fees, costs and expenses.

2

DATED: January 8, 2026                                         Respectfully submitted,

/s/ Keith A. Vogt                                              /s/ Robin Cheng
Keith A. Vogt                                                  Robin Cheng
FL Bar No. 1036084/IL Bar No. 6207971                          NY Bar. No. 5665617
Keith A. Vogt PLLC                                             Palmer Law Group, P.A.
1820 NE 163rd Street, Suite #306                               110 East Broward Boulevard, Suite 1700
North Miami Beach, Florida 33162                               Fort Lauderdale, Florida 33301
Telephone: 312-971-6752                                        Telephone: (917) 525-1495
E-mail: keith@vogtip.com                                       E-mail: rcheng@palmerlawgroup.com

***ATTORNEY FOR DEFENDANTS***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 8, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all attorneys and parties of record.

/s/ Keith A. Vogt
Keith A. Vogt

2