IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NIR PERELSHTEIN,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-14823

Judge Jorge L. Alonso

Magistrate Judge Beth W. Jantz

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
| --- | --- |
| 1 | Genghongchong shop |
| 9 | jiaxiangxiaopu |
| 11 | Upeilxd |
| 23 | Yaokan |
| 28 | Liasun E-commerce |
| 29 | JeRy |
| 30 | HeZeShiDingTaoQuJieZeWangLuoKeJiYouXianGongSi |
| 32 | KitBeads |
| 33 | DanLingJewelry |
| 34 | junyanok |
| 35 | Potacoo |
| 38 | SUNNYCLUE US |
| 41 | SANNIX |
| 42 | SiTey-US |
| 43 | Ipotkitt |
| 44 | LiQunSweet |
| 45 | Ailiessy |
| 49 | ApolDirect |
| 50 | Seebeach Store |
| 52 | Putai Gifts |

| | |
|---|---|
| 53 | Moonsix Gift Shop |
| 54 | DelicateChic |
| 56 | BHBWR |
| 57 | Joedy US |
| 58 | huiji2402 |
| 61 | xim bu |
| 63 | Fallwheat Jewelry |
| 65 | BFgeo44Hg |
| 66 | Youdiyla |
| 67 | QUPENGXU |
| 69 | Taiqi Direct US |
| 70 | SaiLan |
| 71 | DDxulu |
| 72 | iloveDIYbeads |
| 73 | JJGUS |
| 74 | LeJinMaoYi(品牌已备案,跟卖必投诉封店,绝不和解) |
| 76 | julie'store |
| 77 | CFTYJ |
| 84 | Gierzijia |
| 88 | Weibo-US |
| 89 | GIAYIER |
| 90 | GOMAKERER US |
| 91 | OLYCRAFT US |
| 93 | Gxizlba |
| 96 | Hysoiree |
| 98 | Fine Decal |
| 100 | Gaoshen |
| 101 | Ohhaha-us |
| 104 | SCORYULE |
| 105 | SnlnDirect |
| 106 | Seeyeon |
| 107 | MXWL |
| 108 | MaiMaiTu |
| 109 | siyanshop |
| 110 | LBOS |
| 111 | chunmeiQ5958 |
| 112 | Yazabai |
| 113 | fiintrwa |
| 116 | Yisiyuan Jewelry Shop |
| 117 | Zhizhuowenhua Jewelry Shop |
| 118 | Shengyitiansen Jewelry Shop |
| 119 | yotijay |
| 120 | PEACOBLUE |
| 121 | Esquirla |

| 122 | S SERENABLE |
|---|---|
| 123 | DOODLREAM |
| 124 | SUPERFINDINGS |
| 125 | Weiyan KJ |
| 126 | DELORIGIN |
| 127 | PH PandaHall |
| 128 | BEUNITONE |
| 130 | SUPERDANT |
| 131 | SOFPLATE |
| 132 | Fengchizhongbang Jewelry Shop |
| 134 | yanchushop |
| 135 | Crusward |
| 136 | NSBY Pins |
| 138 | Fashion Pins |
| 140 | Unique Pin |
| 141 | Badge Haven local |
| 142 | PINSPOT |
| 143 | PINS FOR YOU |
| 144 | CuddleCrest |
| 145 | Miss Zoe |
| 146 | CrazyPins |

DATED: January 16, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 16, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                  */s/ Keith A. Vogt*
                                                  Keith A. Vogt