**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NIR PERELSHTEIN,

     Plaintiff,                               Case No.: 1:25-cv-14823

v.                                      Judge Jorge L. Alonso

THE PARTNERSHIPS AND UNINCORPORATED     Magistrate Judge Beth W. Jantz
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## JOINT NOTICE OF SETTLEMENT

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, NIR PERELSHTEIN ("Plaintiff"), and Defendant No. 40 Sincco ("Defendant") hereby jointly notify the Court that they have reached settlement and the parties are awaiting the final execution of the settlement agreement and payment. Appropriate filings will follow the parties' execution of settlement documents.

Plaintiff and Defendant jointly request that briefing on Defendant's Motion to Dismiss [41] be stayed until after a joint stipulation of dismissal is filed. Each party is to bear its own attorneys' fees, costs and expenses.

DATED: January 16, 2026             Respectfully submitted,

*/s/ Keith A. Vogt*                      */s/ Jianyin Liu*
Keith A. Vogt                               Jianyin Liu
FL Bar No. 1036084/IL Bar No. 6207971     The Law Offices of James Liu PLLC
Keith A. Vogt PLLC                    30 N. LaSalle St., Ste 1510
1820 NE 163rd Street, Suite #306         Chicago, Illinois 60602
North Miami Beach, Florida 33162         Telephone: (305)-209-6188
Telephone: 312-971-6752               E-mail: jamesliulaw@gmail.com
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***           ***ATTORNEY FOR DEFENDANT***

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 16, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered parties of record.

<u>*/s/ Keith A. Vogt*</u>
Keith A. Vogt